```
FILED BY_____ D.C.

APR 29 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CV-22891-LOUIS

EUGEN BEJARANO SADER,  )
Plaintiff,              )
                        )
v.                      )
                        )
JOSE M. PADRON, Defendant. )

_____/

**NOTICE TO PROCEED PRO SE**

The undersigned, JOSE M. PADRON, hereby files this Notice to Proceed Pro Se, in the abovestyled case, and would request that copies of all future pleadings and documents be served upon him.

Dated this ___ day of April, 2020.

Jose M. Padron
Defendant
16900 South Dixie Highway
Miami, Florida 33157
Email: jm@jmhondamiami.com